# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MITCHELL, et al., | CASE NO. CV F 12-1907 LJO SKO |
| Plaintiffs, | **ORDER TO VACATE HEARING AND TERM MOTION** |
| vs. | (Doc. 29) |
| McKESSON CORPORATION, et al., | |
| Defendants. | |

## ORDER

This action is before the Multi-District Litigation Panel pursuant to the Panel's conditional transfer order. A motion to remand this action to state court remains stayed pending the Panel's decision on motions to vacate the conditional transfer order. This Court will entertain no F.R.Civ.P. 12 motions until transfer to the Panel and remand are resolved. As such, this Court VACATES the June 5, 2013 hearing on defendant Xanodyne Pharmaceuticals, Inc.'s ("Xanodyne's") F.R.Civ.P. 12(c) motion and will take no action on Xanodyne's motion until resolution of conditional transfer and remand. If this action remains with this Court after resolution of conditional transfer and remand, Xanodyne may refile and reset its F.R.Civ.P. 12(c) motion. Plaintiffs need not respond to, and this Court will take no action on, Xanodyne's F.R.Civ.P. 12(c) motion at this time. The clerk is directed to term doc. 29.

## STATEMENT TO PARTIES AND COUNSEL

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this

Court is unable to devote inordinate time and resources to individual cases and matters. This Court must avoid devotion of resources to unfruitful matters, such as motions which become moot, and must take measures to maximize limited judicial resources and staff. The parties and counsel are encouraged to contact the offices of United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action. The parties are required to consider, or reconsider, consent to a Magistrate Judge to conduct all further proceedings in that the Magistrate Judges' availability is far more realistic and accommodating to parties than that of U.S. District Judge Lawrence J. O'Neill who must prioritize criminal and older civil cases.

Civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial. If a trial trails, it may proceed with little advance notice, and the parties and counsel may be expected to proceed to trial with less than 24 hours notice. Moreover, this Court's Fresno Division randomly and without advance notice reassigns civil actions to U.S. District Judges throughout the nation to serve as visiting judges. If this action remains in this Court, it will be considered for such reassignment. In the absence of Magistrate Judge consent, this action is subject to reassignment to a U.S. District Judge from outside the Eastern District of California.

IT IS SO ORDERED.

**Dated:   April 5, 2013**            /s/  **Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE