**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS MITCHELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al,<br>Defendants. | Case No. 1:12-cv-01907-LJO-SKO<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS AGAINST ELI LILLY AND COMPANY ONLY** |

The parties have filed a joint motion to dismiss the claims of certain Plaintiffs ("Dismissed Plaintiffs") against Eli Lilly and Company ("Lilly") in this action. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' Joint Motion to Dismiss is GRANTED.

2. This dismissal is without prejudice for 60 days from the date of the entry of the order on this motion (the "Order").

3. Between the date of the Order and 60 days from the date of the Order, a Dismissed Plaintiff must refile in the appropriate United States District Court located in Plaintiff's home jurisdiction should they choose to reassert a claim against Lilly. Any such complaint must include as an exhibit evidentiary support of the Dismissed Plaintiff's use of product manufactured or sold by Lilly.

4. For any complaint filed pursuant to the terms of Paragraph 2 above, (a) all defenses to which Lilly was entitled as of the effective date of the original complaint in this action against Lilly are preserved, and (b) Lilly may not assert any statute of limitations defense based solely on the passage of time between the

effective date of the original complaint against Lilly and the filing of the complaint pursuant to Paragraph 2 above.

5.  If a Dismissed Plaintiff does not file a new complaint pursuant to Paragraph 2 above, this dismissal will automatically become a dismissal with prejudice under Federal Rule of Civil Procedure 54(b), effective on the 61st day after the date of the entry of the Order, without further court order.

6.  Each party will bear his, her, or its own fees and costs.

7.  The Dismissed Plaintiffs are the following:

| DISMISSED PLAINTIFFS |
|---|
| Calogero Gambino |
| Maria Gambino |
| Marlene Gano |
| Richard Gano |
| Antonio Gonzalez |
| Carlota Gonzalez |
| Barbara Goss |
| Jerry Goss |
| Jesus Grijalva |
| Raquel Grijalva |
| Mary Groll |
| Steven Groll |
| Debra Grubbs |
| Michael Grubbs |
| Dwayne Haagen |
| Judie Haagen |
| Barbara May Hall |
| David Hall |
| James Hall |
| Shirley Hall |
| Aaron Harris |
| Patricia Harris |
| Betty Hartman |
| Beverly Haynes |
| Oscar Haynes |

| **DISMISSED PLAINTIFFS** |
| --- |
| Robert Hickman |
| Sharon Hickman |
| Debra Hoffman |
| Kathryn Hoffman |
| Stephen Hoffman |
| Walter Hoffman |
| Christina Hofmann |
| Walter Hofmann |
| James Hogan |
| Tiffany Hogan |
| Rhonda Hollan |
| Troy Hollan |
| Barbara Holmes |
| Harold Holmes |
| Florence Howard |
| Jesse Howard |
| Carol Hubbard |
| Robert Hubbard |

8. The claims of the following Plaintiffs against Lilly in the above-captioned action remain pending:

| **REMAINING PLAINTIFFS** |
| --- |
| Charles Grimes |
| Laura Grimes |
| IdaMae Hudgins |
| Joseph Hudgins |
| Donna Mitchell |
| Thomas Mitchell |

IT IS SO ORDERED.

Dated: **March 1, 2016**           /s/ Lawrence J. O'Neill
                       UNITED STATES DISTRICT JUDGE