Karen Woodward
Christopher P. Norton
Sedgwick LLP
801 South Figueroa Street
20th Floor
Los Angeles, CA 90017
Phone: (213) 426-6900
Fax: (213)426-6921
Email: karen.woodward@sedgwicklaw.com
Email: christopher.norton@sedgwicklaw.com

*Attorneys for Xanodyne Pharmaceuticals, Inc.*

*(Additional counsel on next page)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS MITCHELL et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | CASE NO. 1:12-cv-1907-LJO-SKO<br>**JOINT STIPULATION RE: MOTION TO TRANSFER BRIEFING SCHEDULE AND STAY**<br><br>JUDGE: Hon. Lawrence O'Neill<br><br>DATE FILED: November 14, 2012<br>DATE REMOVED: November 20, 2012<br>TRIAL DATE: None Set |

Sedgwick LLP

Jennifer A. Lenze (CA#246858)
Laurie E. Kamerrer (CA #281137)
Jaime E. Moss, Esq. (CA # 285761)
Lenze Kamerrer Moss, PLC
1300 Highland Ave., Suite 207
Manhattan Beach, CA 90266
Tel: (310) 322-8800
Fax: (310) 322-8811
jlenze@lkmlawfirm.com
kamerrer@lkmlawfirm.com
moss@lkmlawfirm.com
*Attorneys for Plaintiffs*

Matthew J. Sill (OK #21547)
(*Pro hac Vice Application Pending*)
Sill Law Group, PLLC
14005 N. Eastern Avenue
Edmond, OK 73103
Phone: (405) 509-6300
Fax: (405) 509-6268
matt@sill-law.com
*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



Sedgwick LLP

Pursuant to this Court's February 26, 2016 Minute Order [Dkt. No. 48], Plaintiffs and Defendants in the above captioned case hereby stipulate and agree as follows regarding Defendants' anticipated motion to transfer:

WHEREAS, Defendants intend to file a motion to transfer this action to the Eastern District of Kentucky pursuant to 28 U.S.C. § 1404;

WHEREAS, Defendants and Plaintiffs have conferred, and agreed to the following briefing schedule for Defendants' motion to transfer: (1) Defendants' motion to be filed on or before March 25, 2016 (2) Plaintiffs' response to be filed on or before April 8, 2016; (3) Defendants' reply to be filed on or before April 15, 2016; the motion shall be heard on April 28, 2016, at 8:30 a.m., subject to the availability of the Court;

WHEREAS, the parties agree that discovery and any Rule 26 disclosure obligations should be stayed pending resolution of Defendants' motion to transfer to be set if the cases remain;

WHEREAS, the parties further agree that Defendants' responsive pleading deadlines shall remain stayed until the issue of transfer is resolved and then shall be set for some reasonable time should the cases remain;

DATED: March 10, 2016

Respectfully submitted,

SEDGWICK LLP

By: */s/ Christopher Norton*
Karen Woodward
Christopher P. Norton
Attorneys for Defendant,
Xanodyne Pharmaceuticals Inc.

/ / /

/ / /

/ / /

/ / /

/ / /

SHOOK, HARDY & BACON

By *_/s/ Tony M. Diab_*
Tony M. Diab
Attorneys for Defendants
Mallinckrodt Inc. and Covidien Inc.

LENZE KAMERRER MOSS, PLC

By *_/s/ Jennifer A. Lenze_*
Jennifer A. Lenze (CA#246858)
Laurie E. Kamerrer (CA #281137)
Jaime E. Moss, Esq. (CA # 285761)
Attorneys for Plaintiffs

SILL LAW GROUP PLLC

By: *_/s/ Matthew J. Sill_*
Matthew J. Sill (OK#21547)
(*Pro hac Vice Application Pending*)

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION,**

IT IS SO ORDERED.

Dated: **March 12, 2016**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE



Sedgwick LLP