**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS MITCHELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MCKESSON CORPORATION, et al, <br><br> Defendants. | Case No. 1:12-cv-01907-LJO-SKO <br><br> ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE THE CLAIMS OF CERTAIN PLAINTIFFS AGAINST ELI LILLY AND COMPANY ONLY |

The parties have filed a joint motion to dismiss with prejudice the claims of certain plaintiff against Eli Lilly and Company ("Lilly") in this action. Being sufficiently advised, it is hereby **ORDERED** as follows:

That the joint motion for an order to dismiss with prejudice the claims of certain plaintiffs against Lilly in the above-captioned action is hereby GRANTED, and the following plaintiffs' claims against Lilly are dismissed with prejudice, with each party to bear his, her or its own costs:  Charles Grimes, Laura Grimes, IdaMae Hudgins and Joseph Hudgins,

The claims of Thomas Mitchell and Donna Shepard Mitchell against Lilly in the above-captioned action remain pending.

IT IS SO ORDERED.

Dated:   **April 8, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE